*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





# MEMORANDUM OPINION

No. 04-12-00678-CR

**EX PARTE** Dionisio **TORRES**

Original Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  October 24, 2012

PETITION FOR WRIT OF HABEAS CORPUS DISMISSED FOR LACK OF JURISDICTION

On October 16, 2012, relator Dionisio Torres filed an original petition for writ of habeas corpus in this court.  However, as an intermediate court of appeals this court is not authorized to grant the relief requested.  Pursuant to section 22.221(d) of the Texas Government Code, in civil matters, a court of appeals "may issue a writ of habeas corpus when it appears that the restraint of liberty is by virtue of an order, process, or commitment issued by a court or judge because of the violation of an order, judgment, or decree previously made, rendered, or entered by the court or judge in a civil case."  TEX. GOV'T CODE ANN. § 22.221(d) (West 2004).  However, in criminal matters, a court of appeals has no original habeas corpus jurisdiction.  *Watson v. State*, 96 S.W.3d 497, 500 (Tex. App.—Amarillo 2002, pet. ref'd); *Dodson v. State*, 988 S.W.2d 833,

---

[1] This proceeding arises out of Cause No. 2012CRB00050L2, styled *State of Texas v. Dionisio Torres*, in the County Court at Law No. 2, Webb County, Texas, the Honorable Jesus Garza presiding.

835 (Tex. App.—San Antonio 1999, no pet.); *but see* TEX. CODE CRIM. PROC. ANN. art. 44.04(g) (West 2006) ("The right of appeal to the Court of Appeals of this state is expressly accorded the defendant for a review of any judgment or order made hereunder, and said appeal shall be given preference by the appellate court."). In criminal matters, the courts authorized to issue writs of habeas corpus are the Texas Court of Criminal Appeals, the district courts, and the county courts. *See* TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005). Therefore, we dismiss this petition for writ of habeas corpus for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH